IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILHY HARPO | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 1:14-CV-438-WSD |
| | : | |
| MAGISTRATE COURT OF FULTON | : | |
| COUNTY; | : | |
| FULTON COUNTY GOVERNMENT; | : | |
| MORDENA SULLEN-BOLT; | : | |
| JAMESTOWN PROPERTIES, LLC; | : | |
| RICK COLSON; | : | |
| COLSON SAF-T LOCK & ALARM CO.; | : | |
| CITY OF ATLANTA; | : | |
| MOORE, *APD Officer*; | : | |
| STEELE, *APD Officer*; | : | |
| ESTES HEATING & AIR COMPANY; | : | |
| ALBERT MITCHELL; and | : | |
| ALBERT MITCHELL & ASSOCIATES | : | |
| | : | |
| Defendants. | : | |

**FINAL REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On February 14, 2014, Plaintiff, proceeding pro se, submitted an application for leave to proceed in forma pauperis with a complaint. [Doc. 1]. On February 28, 2014, the undersigned denied Plaintiff's application and granted him fourteen days either to pay the filing fee or to resubmit a new affidavit of poverty, instructing Plaintiff to provide sufficient information for a proper determination of his in forma pauperis status to be made. [Doc. 2]. As of today, Plaintiff has neither paid the filing fee nor submitted

a new affidavit of poverty. Accordingly, Plaintiff has no case before this Court. The undersigned therefore **RECOMMENDS** that this action be **DISMISSED**.

    **SO REPORTED AND RECOMMENDED**, this 28th day of March, 2014.


s/ *E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

2